**Robbie COLLINS, Plaintiff–Appellant,**

**v.**

Anthony PADULA, Warden; Michael McCall, Warden; Sergeant Keith McBride; Lieutenant Jason Davis; Clevland Demarie; Aw Brooks; Bruce Oberman; Sergeant Charlie Brown; Miss Desai, Librarian; Herman Finkley; James Dean; Lieutenant Buterbaugh; Nurse McDonald; Captain Thomas Commander; Doctor Pate, a/k/a John Pate; W. Miller, Librarian; Nurse Stephanie Brown; Nurse Linda Roman; Nurse T. Hubbard, a/k/a Tonya Hubbard; Officer McConico; Nurse Norah, f/k/a Nurse North, Defendants–Appellees.

**No. 14–6533.**

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 28, 2014.

Decided: Sept. 3, 2014.

Robbie Collins, Appellant pro se. David Cornwell Holler, Lee Erter Wilson Holler & Smith, LLC, Sumter, South Carolina; Stephen Lynwood Brown, Russell Grainger Hines, Young Clement Rivers, LLP, Charleston, South Carolina, for Appellees.

Before WILKINSON, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robbie Collins appeals the district court's order accepting the recommendation of the magistrate judge in part and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Collins v. Padula,* No. 2:12–cv–03112–DCN–BHH, 2014 WL 1318978 (D.S.C. Mar. 31, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*